

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00824-CV

**IN THE INTEREST OF R.C.P., R.I.P., M.E.P., AND R.C.P.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00040
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record reflects that appellant is indigent. The reporter's record was due on November 9, 2018, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record, Elva Chapa, to file the reporter's record on or before November 26, 2018. No extensions will be granted absent extenuating circumstances.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court